00-CR-263

Damn Judge Kane,

Of all people I'd a thought you had my back! These people are trying to put me back in the street with the turkeys who tryed to put a hole in me, so what should I do?

They're saying that they're gonna notify the local authorities, man, <u>Are they gonna give me an armed security detail</u>!

What do you expect me to do, die in the streets like a dog!

Or should I take this as an invitation to stop being a victim -n- insure myself and my family that no harm will come to me or my family?

People are ruthless lately, If they can't get me, might hit my Mama, I don't know if you worth the salt or if you actually comprehend the cases you oversee on a daily, the streets aren't exactly the friendliest places in the world!

This is why I asked to move down to Carlisle, not because I fear for me, but because I fear my reaction to these people who want me dead! It's not fair that a person has to fear for his life -n- has to defend himself on certain levels, but I tell you now

#2

If they put me Back in the street with these Turkey's, Man when in Rome do as the Romans do! -N- its the young kids who'll Blow A man's Brains out! I just want to move away from the madness -N- Bring my mom with me.

All of this is Magnified By the fact that my fiancé lives in Carlisle! I'm not the Beast I was A few years ago, Now I have the will to do Right, -N- the want to Be A Man! But I'm the only one who seems to Believe in me!

I didn't even want to write the Judge in New York, the fact that there's some visible shit up there, call ___ ___ that Judge out of Respect for you, figured that you would help me, But I didn't want that Judge feeling out of the loop, After all, he makes the halfway house Call!

Miss Koons, your honor, I can't Believe people would knowingly put a man in this type of situation. It's on Record Afron Payne shot at me with a Semi Automatic Assault Rifle, you can call the Selby Police Department, Detective Sims, -N- Now I hear Muhasuchar in Selby New York got A Death

#3

Not take this Shit Seriously, But its Real As A heart Attack, Cancer -N- aids All Balled up in One. Wish on me! You May

-N- if they Put me Back on the Scene, the Jungle, I'll have no Choice But the Either Be Beat, or Get my Lion heart to-gether!

This is the Reality of the Matter Your honor! I'm trying to take the high Road -N- I'm Being Denied Because I don't "A Stable Residence" here, Shit, I'm Grown, I have Four Months halfway house, In that time I Can Buy my own Apartment!

They're Saying I Gotta Go live with my Mama, Shit, She lives two Blocks away from where I was almost Murdered, Man what the fuck kinda Games Are Being Played here!

The Probation office knows All this Shit, its Public Info, Someones Gonna have to Step up -N- do the Right thing!

I Asked to be Relocated to Carlisle, Pa! Which is my Original Region, on my P.S.I. Report. But No, My Registered Nurse Fiance' with A Flawless Record is An "unstable place" for me to Stay!

#4

I thought not having a Record counted for something in society, yet Mr. Gottlieb treated her like she was nothing! I'm doing my home work, seeing if his performance as a P.O. is been on a Role Model level, I mean, he Demeaned my girl without as much as a second thought, slandered her character, -n- didn't even consider any of our feelings. Damn, there may be some Dirty shit in his closet, Muthafucka Dish Dirt but can't take it!

Man, I Respect the Man Professionally, but I don't respect what he did! He Basically used his authority in a fucked up capacity, he -n- my Girl had an argument because he was talking recklessly in the presence of a female, I don't know him well, but something tells me he Rubs females the wrong way, do I have to suffer due to his lack of Savoir faire! The whole situation boils down to Why, he Denied the transfer, I know why! All i ash is if you deal with him at all to ash him why he did it?

9-21-06, I'm set for release I'm gonna Resubmit my Relocation upon Release, Please put a good word in for me with Mr. Derwin! Thank you! I'd hate to have to be squabbling with these turkeys in my neighborhood!

Scott Mobley
#10766-067
U.S.P. Canaan
P.O. Box 300
Waymart, PA 18472

RECEIVED
HARRISBURG, PA
AUG 03 2006
MARY E. D'ANDREA, CLERK
Per _____

Honorable Judge Kane
Middle district Court Judge
Ronald Reagan Federal Building
P.O. Box 983
Harrisburg, PA