Honorable Judge Rambo,                                    00-CR-263

Hello, I'm writing to you about An Incident I'm Going through!

On June 30, 2000 I was Arrested In Carlisle, Pa -N- Sentenced to 65 Months for Firearm Possession!

On April 28th, 2005 I was Released to Upstate N.Y. to live with My Mother!

In August, 2005! I was Shot At By Someone upstate N.Y.!

On January 2006, I violated Probation! At which Point I submitted A Relocation to Harrisburg, my original region! To Avoid the Problem I had In Upstate N.Y., And to Be with My Fiancé.

The Relocation was denied, Because Mr. Gottliel -N- My Fiancé had An Argument!

So Now I'm forced to Go Back to Where I was Almost Murdered! And I have that the people who Shot At me have friends who want me dead! This is real Stuff, his Name is Aaron Payne in Sidny N.Y., So that My life is on the line Now, Because Mr. Gottliel -N- My Fiancé Got into An Argument!

#2

So what do I do, Go back to the town where it's kill or be killed! I'm trying to take the high road in this matter But the powers that be are taking that road away from me. It's almost as if they're saying "Yeah, we know people wanna put a hole in ya head, we don't care handle it or get handled!!!

I've denounced violence a long time ago, when I was sentenced to 65 months by Judge Kane, She told me I needed to get my life together, now that I'm trying to do that I got Muthasuckaz trying to take my life from me. I'm hollering out for help ... not getting a lick of it!

It Boils down to this, Me coming with my head bowed humbly, asking for help, so I can avoid some tragedies from taking place, I'm in the process of notifying the Mayor, I am not gonna sit by idly while they're forcing me to go into a war zone, Just like if I get to the war zone, I'm not gonna sit by idly while those jerkoffs send muthasuckaz at me with the intent to kill, Shit, it's time to grip up, when the law fails to help you even with far warning, then shit, you gotta help yourself!

I'm praying I don't have to be forced into this, cause it's not the way I want to live.

-N- they would notify the told me to Go home Situation, Skit, Where the from All the local Authorities do is Come Put the sheet over the dead Body -N- the Crime Scene tape up! Then they Solve the Crime!

Mr.Derin, Chief Probation, I Am Asking you to Contact Let them know of Officer -N- Judge Kane -N- into this Situation! My Rebuttal to Being Sent

Letter, I mean Reading this Thank you for Writing Me this Letter!

I'll follow it with open Arms! Remember, If you have Any Response Reaches out for help, it's Never Good to Just turn your Back, Especially if Your Call Could Save that Man's life, you Feel Me.

Some thing Back in Regards to the Matter! I hope to hear at least

Respectfully,
Scott Modest

SCRANTON PA 185
01 AUG 2006 PM 1 L

Honorable Judge Rambo
U.S. Middle District Court
Ronald Reagan Federal Bldg
P.O. Box 983
Harrisburg, Pa, 17108

RECEIVED
HARRISBURG, PA
AUG 03 2006
per _____
MARY E. D'ANDREA, CLERK

THIS CORRESPONDENCE IS
FROM AN INMATE CURRENTLY
IN THE CUSTODY OF THE
BUREAU OF PRISONS

Scott Makis +
#10066-067
U.S.P. Canaan
P.O. Box 300
Waymart, Pa, 18472